381 A.2d 912

Pavilonis, et ux., Appellants, v. Deutsch Homes.

Argued

September 21, 1977. John Barry Beemer, with him Beemer, Rinaldi & Fendrick, for appellants; Thomas J. Foley, Jr., with him Michael J. Eagen, Jr., for appellee.

Order affirmed.